# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 10-05471-JBS |
|---|---|---|
| | § | |
| RICHARD CRAIG ABRON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/23/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/06/2012    By:  /s/ David P. Leibowitz
                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-05471-JBS |
| | § | |
| RICHARD CRAIG ABRON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,167.52
*and approved disbursements of*     $33.52
*leaving a balance on hand of[1] :*     $5,134.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,134.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,266.75 | $0.00 | $1,266.75 |
| David P. Leibowitz, Trustee Expenses | $32.92 | $0.00 | $32.92 |

Total to be paid for chapter 7 administrative expenses:     $1,299.67
Remaining balance:     $3,834.33

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $3,834.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,834.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,659.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $2,866.60 | $0.00 | $428.35 |
| 2 | Edfinancial Services for IDAPP | $9,151.45 | $0.00 | $1,367.50 |
| 3 | GE Money Bank/DANLEYS GARAGE WORLD | $13,641.74 | $0.00 | $2,038.48 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $3,834.33 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Richard Craig Abron  
    Debtor

Case No. 10-05471-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dwilliams     Page 1 of 2     Date Rcvd: Jan 09, 2012  
                Form ID: pdf006     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2012.

```
db         #+Richard Craig Abron,   717 North Central Park,   Chicago, IL 60624-1248
15096060    Adt Security,   P.O. Box 371490,   Pittsburgh, PA 15250-7490
15096062   +CHASE,   P.O. BOX 24696,   Columbus, OH 43224-0696
15943148   +Edfinancial Services for IDAPP,   120 N Seven Oaks Drive,   Knoxville, TN 37922-2359
15096065   +Education Finance Service,   P.O> Box 36014,   Knoxville, TN 37930-6014
15096067    IDAPP,   181 Montour Run Road,   Coraopolis, PA 15108-9408
15096068    Project Loan,   P.O. Box 530912,   Atlanta, GA 30353-0912
15096069   +Toyota Motor Credit,   1111 West 22nd Street,   Suite 420,   Oak Brook, IL 60523-1959
15096070    Version,   P.O. Box 25505,   Lehigh Valley, PA 18002-5505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15096064    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03    DISCOVER CARD,
            P.O. BOX 30952,   Salt Lake City, UT 84130-0395
15875365    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03    Discover Bank,
            Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16139825    E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2012 04:22:24    GE Money Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15096066   +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2012 04:22:24    Home Depot,   P.O. Box 630268,
            Irving, TX 75063-0268
15096061    E-mail/PDF: cbp@slfs.com Jan 10 2012 04:49:17    American General Finance,
            3945 West 26th Street,   Chicago, IL 60623-3707
                                                                                             TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15096063   ##+Deborah A. Abron,   717 North Central Park,   Chicago, IL 60624-1248
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**             **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams           Page 2 of 2                  Date Rcvd: Jan 09, 2012
                              Form ID: pdf006           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Gloria C Tsotsos   on behalf of Creditor  Chase Home Finance LLC nd-three@il.cslegal.com
          Jesse Outlaw   on behalf of Debtor Richard Abron jesseoutlawjr@sbcglobal.net,
           jesseoutlawjr@sbcglobal.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                      TOTAL: 4